■ THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LESSER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ INTERNATIONAL TERMINAL OPERATING CO., INC., v. LANCASHIRE SHIPPING CO., LTD., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before August 31, 1960. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between RECORD CLOTHES, INC., et al. and NEW YORK JOINT BOARD, AMALGAMATED CLOTHING WORKERS OF AMERICA. — Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ ARTHUR UPTON v. INDUSTRIAL BANK OF COMMERCE.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM MEREDITH.— Motion for a stay denied. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.

■ In the Matter of ELLA WADE et al., against TEMPORARY STATE HOUSING RENT COMMISSION.— Motion for a stay denied, with $10 costs. Concur — Botein, P .J., Breitel, McNally and Stevens, JJ.

■ In the Matter of ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC., against CAROLINE SIMON, as Secretary of State of the State of New York.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard upon a typewritten record, without printing the same, and upon mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten record and one copy of the mimeographed appellant's points on the Attorney-General of the State of New York and files 6 typewritten copies of the record on appeal and 19 mimeographed copies of appellant's points with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally and Stevens, JJ.